IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ANGELA INNES, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-0394 |
| v. ) | DISTRICT JUDGE NIXON |
| ) | JURY DEMAND |
| THE MARTIN COMPANIES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

_____

## ORDER EXTENDING DISCOVERY DEADLINE
_____

Plaintiff has moved for an Order extending the deadline to complete discovery up to and including November 14, 2013. Based upon the submission of counsel and its entire record and its cause, the Court is of the opinion that the Motion is well-taken and should be granted.

IT IS SO ORDERED.

Date: _____

_____
Judge E. Clifton Knowles