# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ANGELA INNES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00394 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Knowles |
| THE MARTIN COMPANIES, LLC, et al., | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## ORDER

The parties to this action have filed a proposed Agreed Order of Dismissal with

Prejudice, in which they request the Court dismiss all claims in the above-captioned case with

prejudice. (Doc. No. 49.) Accordingly, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), the case is **DISMISSED with prejudice.** The Clerk is **DIRECTED** to close the

case.

It is so ORDERED.

Entered this _____ day of May, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT